[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11818
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00128-SPC-CM-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MAYNOR ESCALANTE MARTINEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 7, 2015)

Before MARCUS, WILLIAM PRYOR, and MARTIN, Circuit Judges.

PER CURIAM:

John Fernandez, appointed counsel for Maynor Escalante-Martinez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Escalante-Martinez's conviction and sentence are **AFFIRMED**.